# UNITED STATES DISTRICT COURT
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> JUAN CARLOS SALCEDO-ESCALERA | **Judgment in a Criminal Case** <br> **(For a Petty Offense)** — Short Form <br><br> Case No. 2-19-CR-00134-TOR-1 <br> USM No. 14780085 <br><br> Francisco Carriedo <br> *Defendant's Attorney* |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 19, 2019**

SEAN F. McAVOY, CLERK

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 of the Information Superseding Indictment

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1325(a)(1) | Unlawful Entry Into the United States | 10/05/2019 | 1s |
| | | | |

☑ Count(s)    1 of the Indictment    ☑ is    ☐ are dismissed on the motion of the United States.

**IMPRISONMENT**

Defendant is hereby committed to the custody of the U.S.B.P. to be imprisoned for a total term of:    time served (nearly 4 months).

**CRIMINAL MONETARY PENALTIES**

    All criminal monetary penalty payments are due immediately, payable to the Clerk of Court.

| | **Assessment/Processing Fee** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: \_\_\_\_\_

Defendant's Year of Birth:    1980

City and State of Defendant's Residence: <br> Okanogan, Washington

12/19/2019 <br>
Date of Imposition of Judgment

*/s/ Thomas O. Rice* <br>
Signature of Judge

Hon. Thomas O. Rice     Chief Judge, U.S. District Court <br>
Name and Title of Judge

12/19/2019 <br>
Date